No. 80–317. UNIVERSITY OF TEXAS ET AL. *v.* CAMENISCH. C. A. 5th Cir. [Certiorari granted, 449 U. S. 950.] Motions of Michigan Rehabilitation Association et al.; Legal Action Center of the City of New York, Inc.; American Civil Liberties Union et al.; Deaf Counseling, Advocacy & Referral Agency, Inc., et al.; and American Coalition of Citizens with Disabilities et al. for leave to file briefs as *amici curiae* granted.

No. 80–429. COUNTY OF WASHINGTON, OREGON, ET AL. *v.* GUNTHER ET AL. C. A. 9th Cir. [Certiorari granted, 449 U. S. 950.] Motion of American Federation of Labor and Congress of Industrial Organizations et al. for leave to file a brief as *amici curiae* granted.

No. 80–441. GULF OIL CO. ET AL. *v.* BERNARD ET AL. C. A. 5th Cir. [Certiorari granted, 449 U. S. 1033.] Motion of Tallahassee Memorial Hospital for leave to participate in oral argument as *amicus curiae* denied.

No. 80–544. FIRST NATIONAL MAINTENANCE CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. [Certiorari granted, 449 U. S. 1076.] Joint motion for leave to dispense with printing the joint appendix granted.

No. 80–590. GULF OFFSHORE CO., A DIVISION OF POOL CO. *v.* MOBIL OIL CORP. ET AL. Ct. Civ. App. Tex., 14th Sup. Jud. Dist. [Certiorari granted, 449 U. S. 1033.] Motion of respondent Gaedecke for divided argument granted. JUSTICE STEWART took no part in the consideration or decision of this motion.

No. 80–1002. BOARD OF EDUCATION OF THE HENDRICK HUDSON CENTRAL SCHOOL DISTRICT, WESTCHESTER COUNTY, ET AL. *v.* ROWLEY, BY ROWLEY ET UX. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.